## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:    THOMAS W DULANEY                §          Case No.: 08-31087
TOMMYE L DULANEY                §
§
§
§
Debtor(s)                        §

‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of
the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as
follows:

1)    The case was filed on 11/14/2008.

2)    This case was confirmed on 01/29/2009.

3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on
01/29/2009.

4)    The trustee filed action to remedy default by the debtor in performance under the plan on
07/18/2012.

5)    The case was converted on 07/20/2012.

6)    Number of months from filing to the last payment:  42

7)    Number of months case was pending:  45

8)    Total value of assets abandoned by court order:  NA

9)    Total value of assets exempted: $    43,700.00

10)   Amount of unsecured claims discharged without payment $       .00

11)   All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 35,910.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 35,910.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,469.00 |
| Court Costs | $ | .00 |
| Trustee  Expenses and Compensation | $ | 2,124.13 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 4,593.13 |
| Attorney fees paid and disclosed by debtor | $ | 1,031.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US BANK NATIONAL ASS | SECURED | 165,891.00 | 166,511.50 | .00 | .00 | .00 |
| BERKLEY VACATION | SECURED | 4,932.00 | .00 | .00 | .00 | .00 |
| FORD MOTOR CREDIT | SECURED | 18,875.00 | 19,112.40 | .00 | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | 136.00 | NA | NA | .00 | .00 |
| VACATION VILLAGE | SECURED | 800.00 | .00 | 800.00 | 586.52 | .00 |
| MEDICAL EXPRESS AMBU | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS BAN | UNSECURED | 39.00 | 39.89 | 39.89 | 30.65 | .00 |
| AMERICAN EXPRESS BAN | UNSECURED | 39.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 4,195.00 | 4,195.65 | 4,195.65 | 4,066.67 | .00 |
| BAC FLEET BANKCARD | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 449.00 | 499.34 | 499.34 | 483.99 | .00 |
| EAST BAY FUNDING | UNSECURED | 3,763.00 | 3,616.45 | 3,616.45 | 3,505.33 | .00 |
| CHICAGO POST OFFICE | UNSECURED | 2,500.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 289.00 | 408.47 | 408.47 | 395.91 | .00 |
| DENTAL OF OAK PARK | UNSECURED | 4,429.00 | NA | NA | .00 | .00 |
| MACYS RETAIL HOLDING | UNSECURED | 318.00 | 354.06 | 354.06 | 343.18 | .00 |
| EAST BAY FUNDING | UNSECURED | 1,839.00 | 1,823.28 | 1,823.28 | 1,767.22 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 8,625.00 | 8,993.11 | 8,993.11 | 8,716.64 | .00 |
| HSBC BANK | OTHER | .00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY PH | UNSECURED | 207.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY PH | UNSECURED | 54.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY PH | UNSECURED | 54.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 186.76 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LOYOLA UNIVERSITY HE | OTHER | .00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY PH | UNSECURED | 2,506.77 | 3,205.02 | 3,205.02 | 3,106.49 | .00 |
| METRO CENTER FOR HEA | UNSECURED | 54.00 | NA | NA | .00 | .00 |
| GLOBAL TRAVEL INTERN | UNSECURED | 209.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 196.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 175.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 167.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 166.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 165.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 81.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 79.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 64.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 56.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 202.00 | NA | NA | .00 | .00 |
| NICOR GAS | OTHER | .00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 1,700.00 | 1,766.41 | 1,766.41 | 1,712.10 | .00 |
| EAST BAY FUNDING | UNSECURED | 605.00 | 648.14 | 648.14 | 628.21 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 274.00 | 320.25 | 320.25 | 310.40 | .00 |
| LVNV FUNDING | UNSECURED | 4,692.00 | 4,692.24 | 4,692.24 | 4,547.99 | .00 |
| WF FIN BANK | UNSECURED | 3,117.00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | 887.00 | 935.49 | 935.49 | 906.74 | .00 |
| EAST BAY FUNDING | UNSECURED | 217.00 | 221.19 | 221.19 | 208.83 | .00 |
| WFNNB TSA | OTHER | .00 | NA | NA | .00 | .00 |
| US BANK NATIONAL ASS | OTHER | NA | NA | NA | .00 | .00 |
| US BANK NATIONAL ASS | SECURED | NA | 846.58 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 800.00 | 586.52 | .00 |
| **TOTAL SECURED:** | 800.00 | 586.52 | .00 |
|  |  |  |  |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
|  |  |  |  |
| **GENERAL UNSECURED PAYMENTS:** | 31,718.99 | 30,730.35 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $    4,593.13 |
| Disbursements to Creditors | $   31,316.87 |
|  |  |
| **TOTAL DISBURSEMENTS:** | $   35,910.00 |

        12)     The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated:     08/16/2012                    /s/ Tom  Vaughn_____
                                          Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**